IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE VIZCAINO, JR.                     No. CIV.S-05-2646 DFL DAD PS

        Plaintiff,

   v.                             ORDER AND

US PTO,                             ORDER TO SHOW CAUSE

        Defendant.

_____/

        Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

        However, plaintiff's complaint consists of an unintelligible hodge-podge of more than 50 pages of documents. Many of the documents are poor photocopies which are not legible. The

1  identity of the only named defendant, "US PTO," is unclear.  Nor is
2  any basis for federal jurisdiction alleged.  Indeed, it appears that
3  the court lacks subject matter jurisdiction over this matter.  See
4  Bell v. Hood, 327 U.S. 678, 682 (recognizing that a claim is subject
5  to dismissal for want of jurisdiction where it is "wholly
6  insubstantial and frivolous" and "so patently without merit"); Hagans
7  v. Levine, 415 U.S. 528, 543 (stating that a claim may be dismissed
8  for lack of jurisdiction where it is "so insubstantial, implausible,
9  foreclosed by prior decisions of this Court or otherwise completely
10 devoid of merit as not to involve a federal controversy within the
11 jurisdiction of the District Court").  See also Franklin v. Murphy,
12 745 F.2d 1221, 1227 (9th Cir. 1984)("A paid complaint that is
13 'obviously frivolous' does not confer federal subject matter
14 jurisdiction and may be dismissed sua sponte before service of
15 process.")(citations omitted).
16         Accordingly, IT IS HEREBY ORDERED that:
17         1.  Plaintiff's request for leave to proceed in forma
18 pauperis is granted;
19         2.  Plaintiff shall show cause in writing within twenty
20 days of the date this order is filed why this matter should not be
21 dismissed for lack of subject matter jurisdiction.  See Fed. R. Civ.
22 P. 12(h)(3); and
23 /////
24 /////
25 /////
26 /////

2

3. Plaintiff is forewarned that the failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed.

DATED: April 28, 2006.

                      DALE A. DROZD
                      UNITED STATES MAGISTRATE JUDGE

```
DAD:th
Ddadl\orders.prose\vizcaino2646.ifp.osc
```