IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE VIZCAINO, JR.                         No. CIV.S-05-2646 DFL DAD PS

      Plaintiff,

  v.                                         <u>FINDINGS AND RECOMMENDATIONS</u>

US PTO,

      Defendant.
_____/

      By an order filed May 1, 2006, plaintiff, who is proceeding pro se, was ordered to show cause in writing within twenty days why this case should not be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3). Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. As explained in that order, plaintiff's complaint consists of an unintelligible hodge-podge of more than 50 pages of documents. Many of the documents are poor photocopies which are not legible. The identity of the only named defendant, "US PTO," is unclear. Nor is any basis for federal

1

1 jurisdiction alleged.  Indeed, it appears that the court lacks
2 subject matter jurisdiction over this matter.  See Bell v. Hood, 327
3 U.S. 678, 682 (recognizing that a claim is subject to dismissal for
4 want of jurisdiction where it is "wholly insubstantial and frivolous"
5 and "so patently without merit"); Hagans v. Levine, 415 U.S. 528, 543
6 (stating that a claim may be dismissed for lack of jurisdiction where
7 it is "so insubstantial, implausible, foreclosed by prior decisions
8 of this Court or otherwise completely devoid of merit as not to
9 involve a federal controversy within the jurisdiction of the District
10 Court").  The twenty-day period has now expired and plaintiff has not
11 responded to the court's order.
12         Accordingly, IT IS HEREBY RECOMMENDED that this action be
13 dismissed.  See Franklin v. Murphy, 745 F.2d 1221, 1227 (9th Cir.
14 1984)("A paid complaint that is 'obviously frivolous' does not confer
15 federal subject matter jurisdiction and may be dismissed sua sponte
16 before service of process.")(citations omitted).
17         These findings and recommendations are submitted to the
18 United States District Judge assigned to the case, pursuant to the
19 provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
20 served with these findings and recommendations, plaintiff may file
21 written objections with the court.  Such a document should be
22 captioned "Objections to Magistrate Judge's Findings and
23 Recommendations."  Plaintiff is advised that failure to file
24 objections within the specified time may waive the right to appeal
25 /////
26 /////

1 the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
2 Cir. 1991).
3 DATED: June 6, 2006.

```
                              /s/ Dale A. Drozd
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

DAD:lg
vizcaino2646.f&r.dism